UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| ODIS HENDRIX, JR., | ) | No. CV 12-1732-MWF (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| JAMES HARTLEY, <u>et</u> <u>al.</u>, | ) | |
| Respondents. | ) | |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: August 28, 2012

_____
HONORABLE MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE